AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

JOHNNIE W. JAMES

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __March 25, 2008__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER RICARDO LEIVA__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

Signature of Complainant
**OFFICER RICARDO LEIVA**
**FOURTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____     at     __Washington, D.C.__
Date                                                                                     City and State

_____          _____
Name & Title of Judicial Officer                                   Signature of Judicial Officer

**STATEMENT OF FACTS**

     On March 25, 2008, at approximately 6:25 p.m., Officer Leiva, of the Metropolitan Police Department's Fourth District attempted to conduct a traffic stop on a tan Toyota Camry bearing DC Tags CA 4206 in the 1300 block of Taylor Street, N.W., Washington, D.C. Although Officer Leiva activated his emergency equipment, the defendant, Johnnie James, did not immediately stop the vehicle. The defendant stopped in an alley a short time later and exited the car. The defendant walked towards Officer Leiva, at which the officer advised the defendant to return to the vehicle. The defendant returned to his car, and drove away. Officer Leiva pursues the defendant. A short time later Officer Leiva observes the vehicle parked and the defendant walking away carrying keys, a blue Disney bag, a black fleece, and a black pouch clutched in his hands. Officer Leiva recognized the defendant from the first traffic stop, and immediately places him under arrest. A search of the defendant revealed a black pouch containing a digital scale, approximately 31.8 grams of a white rock-like substance, and approximately 57.2 grams of a white powder substance. Also recovered from the defendant was a Disney bag containing approximately $28,020.00 in U.S. Currency and $1,890.75 in U.S. Currency from the defendant's left front pants pocket. A search of the vehicle revealed approximately 37.8 grams of a white rock-like substance. The white rock-like substance appeared to be crack cocaine. A portion of the white rock-like substance and the white powder substance field tested positive for cocaine. The defendant is the registered owner the vehicle. The weight of the suspected crack cocaine is an amount commonly indicating the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

 

                                                OFFICER RICARDO LEIVA
                                                FOURTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF MARCH, 2008.

                                                U.S. MAGISTRATE JUDGE